# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0920
LT Case No. 2020-DR-25729

_____

DAVID L. ROUSE,

    Appellant,

    v.

FRANCISCA I. ROUSE,

    Appellee.

_____

Appeal from the Circuit Court for Brevard County.
Kathryn M. Speicher, Judge.

Douglas D. Marks, of Douglas D. Marks, P.A., Indialantic,
for Appellant.

Elizabeth Siano Harris, of Harris Appellate Law Office, Mims,
for Appellee.

May 14, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____